Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of toy tea sets similar in all material respects to those the subject of *B. Shackman & Co. et al.* v. *United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 16, 1959

**No. 62978.**—Atlanta Trading Corp. *v.* United States, protest 307345–K (New York).

Opinion by JOHNSON, J. From an examination of the collector's additional memorandum, received in evidence at the trial, it appears that 5 out of the 12 propellers imported were of American manufacture. The protest was abandoned as to the other 7 propellers. On the record presented and following Abstract 57104, the claim of the plaintiff was sustained as to the 5 propellers. The protest was dismissed as to the other 7 propellers.

**No. 62979.**—Eberling & Reuss Co. *v.* United States, protests 262041–K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62980.**—Eberling & Reuss Co. *v.* United States, protests 292611–K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62981.**—Eberling & Reuss Co. *v.* United States, protests 295346–K, etc. (Philadelphia).